UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT
2011 JUN 10 PM 4: 27
TEXAS-EASTERN
BY_____

David E. Mack
(Plaintiff)

vs   Case No. 4:11cv344 F.T

Michael J. Scott, PC et al
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, David E. Mack,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff David E. Mack
Address 7720 McCallum Blvd
#2099
Dallas, Texas 75252
Phone 972-735-9642

Date  6-10-2011

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed?  YES _____  NO __X__

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $_____ per month

    Employer _____

    _____

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $___4,000___ per month

    Employer _____

    _____

2. Is your spouse presently employed?  YES _____  NO __N/A__

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $_____ per month

    Employer _____

    _____

2

3.  Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

    (a)  Business, profession, or form of self-employment?  YES _____  NO __X__

    (b)  Rent payment, interest or dividends?  YES _____  NO __X__

    (c)  Pensions, annuities, or life insurance payment?  YES __X__  NO _____

    (d)  Gifts or inheritances?  YES __X__  NO _____

    (e)  Any other sources?  YES _____  NO __X__

    If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

    Social Security 875/mo Pension 230/mo
    Gifts of 1020/past year

4.  How much cash do you and your spouse have? $ __18__ .

5.  List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

    First Convenience Bank $24
    Washington Federal $50

6.  List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

    Home Address __N/A__

    Value of Home __N/A__

    Motor Vehicle #1 Make, Year, Model __2000 Buick Century__

    Value of Motor Vehicle #1 __$1500__

3

      Motor Vehicle #2 Make, Year, Model _____

      Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____ NO __X__

If the answer is "YES", describe the property and state its approximate value.

_____

_____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ N/A _____

_____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____ NO __X__

If yes, describe below or on an attached sheet.

_____

_____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment ___569___

Utilities (electricity, heating fuel, water, sewer, and phone) ___330___

Home maintenance (repairs and upkeep) ___N/A___

Food ___100___

4

Clothing _0_

Laundry and dry-cleaning _12_

Medical and dental expenses _0_

Transportation (not including motor vehicle payments) _100_

Recreation, entertainment, newspapers, magazines, etc. _0_

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _0_

    Life insurance _35_

    Health insurance _0_

    Motor vehicle insurance _54_

    Other insurance _N/A_

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle _N/A_

    Credit card _N/A_

    Department store credit card _N/A_

    Other installment payments _N/A_

Alimony, maintenance and support paid to others _N/A_

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) _N/A_

Other expenses _N/A_

11.  Provide any other information that will help explain why you cannot pay the filing fees for your case.

_____

_____


I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant