UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | |
| ) | Civil Action No. 4: 11-cv-00343 |
| PALISADES COLLECTION, LLC, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

### ORDER OF DISMISSAL FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF COULD BE GRANTED

On this date, the Court considered the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted filed by the Defendants, Michael J. Scott, P.C. and Michael J. Scott (referred to, collectively, hereafter as the "MJSPC Defendants"). The Court is of the opinion that the referenced motion should be granted.

IT IS THEREFORE ORDERED that this cause of action as it relates to the MJSPC Defendants is dismissed with prejudice.

SIGNED this _____ day of _____, 2011.

_____
JUDGE PRESIDING