In the United States District Court
Eastern District of Texas
Sherman Division

FILED-CLERK
U.S. DISTRICT COURT
2011 OCT -6 PM 4: 18
TEXAS-EASTERN
BY_____

David E. Mack §
§
§
vs §  Cause no. 4:11-cv-344
§
§
§
Palisades Collection, LLC et al §

## Certification of Interested Parties

The Plaintiff, David E. Mack, hereby serves this certification of interested parties in the above styled cause of action. To the best of Plaintiff's knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

David E. Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

Palisades Collection, LLC
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

Michael J. Scott, P.C.
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006
214-234-8456

Michael J. Scott
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006
214-234-8456

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed October 6, 2011

David E Mack

Palisades Collection, LLC
Attorney of Record
Jessica A. Hawkins
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street Suite 440
Dallas, Texas 75202

Michael J. Scott, P.C.
Attorney of Record
Teri S. Mace
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006

Michael J. Scott
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006