# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | )   Civil Action No. 4: 11-cv-00344 |
| PALISADES COLLECTION, LLC, | ) |
| *Defendant*. | ) |

## ORDER VACATING DEFAULT JUDGMENT AGAINST MICHAEL J. SCOTT

On this date, the Court considered Michael J. Scott's Motion to Vacate Default Judgment .

The Court is of the opinion that the referenced motion should be granted.

SIGNED this _____ day of _____, 2011.

_____
JUDGE PRESIDING