**In the United States District Court**
**Eastern District of Texas**
**Sherman Division**

David E. Mack                            §
                                         §
                                         §
vs                                       §      Cause no. 4:11-cv-344
                                         §
                                         §
                                         §
Palisades Collection, LLC et al          §

**MOTION FOR ORDER OF DISMISSAL**

NOW COMES the Plaintiff, David E. Mack who having reached a settlement

agreement with the Defendant Palisades Collection, LLC hereby makes this Motion for

Order of Dismissal WITH PREJUDICE regarding Palisades Collection, LLC in the above

styled case pending before this honorable court.  Each party bearing their own costs of

this action.


Respectfully Submitted,


David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed October 18, 2011

David E Mack

Palisades Collection, LLC
Attorney of Record
Jessica A. Hawkins
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street Suite 440
Dallas, Texas 75202

Michael J. Scott, P.C.
Attorney of Record
Teri S. Mace
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006

Michael J. Scott
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006