## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **DAVID E. MACK,** )  | |
| ) | |
| *Plaintiff*, ) | |
| **v.** ) | |
| ) | |
| ) | **Civil Action No. 4: 11-cv-00344** |
| **PALISADES COLLECTION, LLC**, *et al.* ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, David E. Mack, and Defendants, Michael J. Scott and Michael J. Scott, P.C. hereby

file this *Joint Motion to Dismiss with Prejudice*.  The parties wish to inform the Court that they have

reached resolution in this matter and that they do not wish to pursue this case further.

/s/ Michael J. Scott

_____

Michael J. Scott        TXBN 24000876
Teri Stewart Mace        TXBN 12759480
1120 Metrocrest Drive, Suite 100
Carrollton, Texas 75006
Telephone: (214) 234-8456
Facsimile: (214) 234-8454

**ATTORNEYS FOR DEFENDANT,
MICHAEL J. SCOTT**

/s/ David E. Mack

_____

David E. Mack (*pro se*)
7720 McCallum Blvd., #2099
Dallas, Texas 75252
Telephone:  972.735.9642

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID E. MACK,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **Civil Action No. 4: 11-cv-00344** |
| **PALISADES COLLECTION, LLC**, *et al.* | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

On this day came on to be considered the *Joint Motion for Dismissal with Prejudice* filed by Plaintiff, David E. Mack, and Defendants, Michael J. Scott and Michael J. Scott, P.C.   The Court, being advised of the parties' request that the case be dismissed with prejudice, does hereby ORDER that the above-entitled and numbered cause be dismissed with prejudice including all claims and counterclaims with all cost taxed to the party incurring same.

SIGNED THIS ____ day of _____, 2011.


_____

JUDGE PRESIDING